# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**BAPTIST MEMORIAL HOSPITAL**
**DESOTO, INC.,**                   **PLAINTIFF,**

**VS.**                   **CIVIL ACTION NO. 2:05CV166-P-B**

**CRAIN AUTOMOTIVE, INC..,**                   **DEFENDANT**.

## ORDER

This matter comes before the court upon Plaintiff's Motion for Leave to Take Deposition of Lynn Sorenson, or Other Coresource, Inc. Representative [120-1]. After due consideration of the motion, the response filed thereto, and the circumstances, the court finds that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion for Leave to Take Deposition of Lynn Sorenson, or Other Coresource, Inc. Representative [120-1] is **GRANTED**; therefore,

(2) The plaintiff may depose Lynn Sorenson or other Coresource, Inc. representative by March 7, 2007.

**SO ORDERED** this the 5th day of February, A.D., 2007.

                                            /s/ W. Allen Pepper, Jr.
                                            W. ALLEN PEPPER, JR.
                                            UNITED STATES DISTRICT JUDGE